U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY | : | DOCKET NO. 06-579 |
| VS. | : | JUDGE TRIMBLE |
| DR. R. DALE BERNAUER AND DR. LYNN E. FORET | : | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the amended motion for summary judgment (doc. #46) is hereby **GRANTED** in part and **DENIED** in part; the motion is **GRANTED** to the extent that the Court finds that the Provider Agreements Dr. Bernauer and Dr. Foret entered into with First Health Group Corp. are valid and enforceable and do not violate the Louisiana Workers' Compensation Act, and American Home Assurance Company is not a group purchaser; the motion is hereby **DENIED** to the extent that the Court finds that the Louisiana PPO Act is applicable to workers' compensation claims that utilize a PPO network. The motion for oral argument (doc. #35) is hereby **DENIED** because the Court finds it unnecessary.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE